In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, ex rel. KENNETH COOLEY, for a Prohibition Order against Hon. ARTHUR L. WILDER, Judge of the City Court, Criminal Branch, City of Rochester, Appellant.— Motion denied. It is clear what our opinion is on the question referred to in this motion. Present — Sears, P. J., Taylor, Edgcomb and Crosby, JJ.

ADA BARDO, Appellant, v. FRED J. BARDO, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson and Crosby, JJ.

JOHN MARTIN and Others, Appellants, v. THOMAS W. BEATTIE and Others, Respondents.— Motion to amend decision so as to award costs on appeal to the plaintiffs alone denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.█

BERTHA F. THORBURN and Another, as Executors, etc., of MATILDA B. WENDE, Deceased, Respondent, v. HARRY WENDE and Another, Appellants, and JOHN A. WENDE and Others, as Executors, etc., Respondents.— Reargument granted,█ to be submitted on May third. Present — Sears, P. J., Taylor, Edgcomb and Crosby, JJ.

JOHN F. WEINHEIMER, Respondent, v. ELIZABETH K. HUTZLER, Appellant, and Others, Defendants.— Order made March 9, 1932, amended by inserting recitals of certain facts stipulated by counsel in open court on the argument of the appeal. Present — Sears, P. J., Edgcomb, Thompson and Crosby, JJ.█

ALIS WEBBER, Appellant, v. RICHARD GRAVES, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANK P. GRAVES, Respondent, v. ALIS WEBBER, Appellant.— Motion for reargument denied, with ten dollars costs, motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HELEN W. GRAVES, Respondent, v. ALIS WEBBER, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of WILLIAM W. DEHN, an Attorney at Law.— Order of disbarment entered upon consent of respondent and upon certified copy of judgment of Erie County Court convicting respondent of the crime of grand larceny, first degree, on March 17, 1931, upon his plea of guilty. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of MORGAN B. GARLOCK, an Attorney and Counselor at Law.— Report of referee confirmed and order of disbarment entered. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of WILLIAM H. MACLEAN, an Attorney and Counselor at Law.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.